IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO.  3:07cr35DPJ-LRA

STACEY D. LEWIS

ORDER OF DISMISSAL
COUNTS 2 & 3

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses Counts 2 & 3 of the Criminal Indictment against the defendant, STACEY D. LEWIS,

without prejudice.

DUNN LAMPTON
United States Attorney

Date:  April 18, 2007                    By:     s/Erin E. O'Leary
                                                 Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 & 3.

**SO ORDERED AND ADJUDGED** this the 19th day of April, 2007.

s/ Daniel P. Jordan III
UNITED STATES DISTRICT JUDGE